# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jan C. Willingham  
       Jacqueline D. Willingham  
            Debtor(s)

CHAPTER 13

BKY. NO. 22-21397 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LoanCare, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas  
Brian Nicholas  
25 Jul 2022, 12:23:18, EDT

Brian C. Nicholas, Esq. (317240) ☑  
Denise Carlon, Esq. (317226) ☐  
Rebecca A. Solarz, Esq. (315936) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com