Certificate Number: 16339-PAW-DE-036711972

Bankruptcy Case Number: 22-21397



16339-PAW-DE-036711972

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 26, 2022, at 3:48 o'clock PM EDT, Jan Willingham completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 26, 2022

By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor