Certificate Number: 16339-PAW-DE-036711973

Bankruptcy Case Number: 22-21397



16339-PAW-DE-036711973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 26, 2022, at 3:48 o'clock PM EDT, Jacqueline Willingham completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 26, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor