## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

08/24/2023

IN RE:

| | |
|---|---|
| JAN C. WILLINGHAM | Case No.22-21397 GLT |
| JACQUELINE D. WILLINGHAM | |
| 217 CHARLES AVE. | Chapter 13 |
| NEW KENSINGTON,  PA  15068 | |
| XXX-XX-2360          Debtor(s) | |

XXX-XX-7041

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/24/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 1886 |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  SAMS CLUB/PRAE | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  LOANCARE/PRAE | | |

| | | | |
|---|---|---|---|
| **LOANCARE LLC** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 8068 | Court Claim Number:24-2 | | ACCOUNT NO.: 1257 |
| | CLAIM:  0.00 | | |
| VIRGINIA BEACH, VA  23450 | COMMENT:  1233/PL*PMT/DECLAR*DKT4PMT-LMT*BGN 8/22*1ST/SCH *$0ARRS/PL-CL*AMD | | |

| | | | |
|---|---|---|---|
| **NISSAN-INFINITI LT LLC** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC:  PRIORITY CREDITOR |
| PO BOX 660366 | Court Claim Number:18 | | ACCOUNT NO.: 3439 |
| | CLAIM:  15,841.62 | | |
| DALLAS, TX  75266-0366 | COMMENT:  CL18GOV*PMT/CL~511/PL*BGN 8/22*NO$/SCH G | | |

| | | | |
|---|---|---|---|
| **ALLEGHENY HEALTH NETWORK HOME MEDICA** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 404 FORD ST | Court Claim Number:4 | | ACCOUNT NO.: 5056 |
| PO BOX 192 | | | |
| | CLAIM:  123.23 | | |
| FORD CITY, PA  16226 | COMMENT:  X1366/SCH*AHN HOME EQPMNT | | |

| | | | |
|---|---|---|---|
| **AMERICAN EXPRESS** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 981537 | Court Claim Number: | | ACCOUNT NO.: 6505 |
| | CLAIM:  0.00 | | |
| EL PASO, TX  79998 | COMMENT:  NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **ASHRO LIFESTYLE** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SERVICE* | Court Claim Number:7 | | ACCOUNT NO.: 5220 |
| PO BOX 800849 | | | |
| | CLAIM:  462.27 | | |
| DALLAS, TX  75380 | COMMENT:  X8220/SCH | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:16 | | ACCOUNT NO.: 5834 |
| | CLAIM:  4,368.43 | | |
| WILMINGTON, DE  19886-5102 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA**** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| RETAIL PAYMENT SERVICES | Court Claim Number: | | ACCOUNT NO.: 8557 |
| PO BOX 660933 | | | |
| | CLAIM:  0.00 | | |
| DALLAS, TX  75266-0933 | COMMENT:  NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94982 | Court Claim Number:17 | | ACCOUNT NO.: 0588 |
| | CLAIM:  5,562.86 | | |
| CLEVELAND, OH  44101 | COMMENT:  BBVA/SCH | | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:22-2 | ACCOUNT NO.: 2533 |
| | CLAIM: 833.27 | |
| NORFOLK, VA 23541 | COMMENT: CITIBANK*AMD | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:23-2 | ACCOUNT NO.: 7654 |
| | CLAIM: 1,703.31 | |
| NORFOLK, VA 23541 | COMMENT: CITIBANK*THD*AMD | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:25-2 | ACCOUNT NO.: 6474 |
| | CLAIM: 610.87 | |
| NORFOLK, VA 23541 | COMMENT: CITBANK/THD*AMD | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 2489 | Court Claim Number:20 | ACCOUNT NO.: 7154 |
| | CLAIM: 230.88 | |
| KIRKLAND, WA 98083-2489 | COMMENT: KAY JEWELERS | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 2489 | Court Claim Number:19 | ACCOUNT NO.: 2113 |
| | CLAIM: 525.75 | |
| KIRKLAND, WA 98083-2489 | COMMENT: ROAMANS | |

| CORAL SANDS | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 852 WILLIAM HILTON PKWY | Court Claim Number: | ACCOUNT NO.: 6275 |
| | CLAIM: 0.00 | |
| HILTON HEAD, SC 29928 | COMMENT: MANT FEES/SCH | |

| LVNV FUNDING LLC | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12 | ACCOUNT NO.: 9426 |
| PO BOX 10587 | | |
| | CLAIM: 2,035.42 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT 1 | |

| LVNV FUNDING LLC | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.: 6537 |
| PO BOX 10587 | | |
| | CLAIM: 832.35 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT 1 | |

| GREATER PITTSBURGH ORTHOPAEDIC ASSN (G | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 3485 | Court Claim Number: | ACCOUNT NO.: 6990 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: | |

| ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O ONE MAIN(*) | Court Claim Number:3 | ACCOUNT NO.: 2257 |
| PO BOX 3251 | | |
| | CLAIM: 9,819.78 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: H-HOLD/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITIBANK NA\*\*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:6 | ACCOUNT NO.:  6560 |
| PO BOX 280 | | |
| | CLAIM:  1,966.07 | |
| KIRKLAND, WA  98083-0280 | COMMENT:  MACYS | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O TSYS DEBT MGMT INC | Court Claim Number: | ACCOUNT NO.:  6780 |
| PO BOX 137 | | |
| | CLAIM:  0.00 | |
| COLUMBUS, GA  31902-0137 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:2 | ACCOUNT NO.:  5953 |
| | CLAIM:  1,250.17 | |
| WARREN, MI  48090 | COMMENT:  X2575/SCH\*CAP 1/UNION PLUS | |

| | | |
|---|---|---|
| **MASSEYS** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC\* | Court Claim Number:8 | ACCOUNT NO.:  5A2Y |
| PO BOX 800849 | | |
| | CLAIM:  668.95 | |
| DALLAS, TX  75380 | COMMENT:  X7550/SCH\*MDNGHT VLVT/SCH | |

| | | |
|---|---|---|
| **MIDNIGHT VELVET** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SERVICE\* | Court Claim Number:9 | ACCOUNT NO.:  5550 |
| PO BOX 800849 | | |
| | CLAIM:  557.90 | |
| DALLAS, TX  75380 | COMMENT:  X8550/SCH\*SWISS COLONY/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION/MOHELA** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 790233 | Court Claim Number:26 | ACCOUNT NO.:  2360 |
| | CLAIM:  0.00 | |
| ST LOUIS, MO  63179 | COMMENT:  DEFERRED/PL\*X0002; X0001/SCH\*CL=$1124.52\*TIMELY@GU BAR | |

| | | |
|---|---|---|
| **MOHELA** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 633 SPIRIT DR | Court Claim Number: | ACCOUNT NO.:  0001 |
| | CLAIM:  0.00 | |
| CHESTERFIELD, MO  63005-1243 | COMMENT:  DEFERRED/PL\*CLM@CID 26 | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL(\*)** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:21 | ACCOUNT NO.:  1886 |
| | CLAIM:  1,649.57 | |
| NORFOLK, VA  23541 | COMMENT:  SYNC BANK/SAMS | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:1 | ACCOUNT NO.:  0323 |
| PO BOX 10587 | | |
| | CLAIM:  1,916.75 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  HSBC | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.: 4240 |
| PO BOX 10587 | | |
| | CLAIM:  1,501.80 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCH*JCP | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | ACCOUNT NO.: 8164 |
| PO BOX 10587 | | |
| | CLAIM:  5,813.73 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCH*SAMS | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:14 | ACCOUNT NO.: 4529 |
| PO BOX 10587 | | |
| | CLAIM:  673.57 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SAMS CLUB/SYNCHRONY BANK | |

| | | |
|---|---|---|
| **HAYT HAYT & LANDAU LLC** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 123 S BROAD ST STE 1325 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19109 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:5 | ACCOUNT NO.: 5890 |
| | CLAIM:  5,468.08 | |
| WARREN, MI  48090 | COMMENT:  NT/SCH*CITIBANK*JUDGMENT ENTD 4/26/22 | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:11 | ACCOUNT NO.: 1202 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  523.55 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |