FILED
4/8/25 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-21397-GLT |
| ) | |
| Jan C. Willingham ) | Chapter 13 |
| Jacqueline D. Willingham ) | |
|         Debtors ) | Related to Docket No. 43 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:  **Debtors**

- ☐ a motion to lift stay
    as to creditor  _____

- ☐ Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated July 20, 2022
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor's Plan payments shall be changed from $2,450.00 per month to $2,895.00 per month effective <u>May 1, 2025</u>                       .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Debtors received approval to acquire post-petition vehicle financing, signed order at docket number 40. Debtor entered a purchase agreement with Drivetime Car Sales Company, LLC on March 27, 2025, financing a 2015 Nissan Rogue. Payment is to be made to Bridgecrest, PO Box 842695, Los Angeles, CA 90084, with account number XXXX3501. A Report of Financing was filed with the Court on April 3, 2025, at docket number 42. The plan payment will be increased to account for the financed vehicle. No payment to any creditor will be adversely affected. The increased payment is feasible for Debtor.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

-2-

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __8th Day of April, 2025

Dated: _April 8, 2025

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Matthew M. Brennan
Matthew M. Brennan, Esq.
PA ID #90195
Attorney for Debtor
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Ave., Suite 201
Pittsburrgh, PA
412-414-9366
attorneymatthewbrennan@gmail.com



/s/ James C. Warmbrodt
James C. Warmbrodt
PA ID #42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21397-GLT |
| Jan C. Willingham | Chapter 13 |
| Jacqueline D. Willingham | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 08, 2025 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jan C. Willingham, Jacqueline D. Willingham, 217 Charles Ave., New Kensington, PA 15068-5331 |
| 15499579 | + | Allegheny Health Network Home Med Equipm, Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15504862 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City PA 16226-1230, , |
| 15499588 | + | Coral Sands, 852 William Hilton Parkway, Hilton Head Island, Hilton Head Island, SC 29928-3423 |
| 15499590 | + | Greater Pittsburgh Orthopaedic Assc., PO Box 3485, Pittsburgh, PA 15230-3485 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 09 2025 01:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2025 01:26:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: ebnpeoples@grblaw.com | Apr 09 2025 01:20:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15499580 | + | Email/PDF: bncnotices@becket-lee.com | Apr 09 2025 01:26:11 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15499581 | + | Email/Text: bankruptcy@sccompanies.com | Apr 09 2025 01:20:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15507230 | + | Email/Text: bankruptcy@sccompanies.com | Apr 09 2025 01:20:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499582 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 09 2025 01:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15512745 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 09 2025 01:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15499584 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2025 01:26:10 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15507129 | | Email/Text: bnc-quantum@quantum3group.com | Apr 09 2025 01:20:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15499585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2025 01:26:17 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15499586 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2025 01:20:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 22-21397-GLT    Doc 45    Filed 04/10/25    Entered 04/11/25 00:27:02    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15499587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2025 01:20:00 | | Comenity Bank/Roaman's, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499589 | + | Email/PDF: creditonebknotifications@resurgent.com Apr 09 2025 01:26:09 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15499594 | | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 09 2025 01:26:02 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15499591 | ^ | MEBN Apr 09 2025 01:13:59 | | Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15499592 | + | Email/PDF: cbp@omf.com Apr 09 2025 01:26:19 | | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15501418 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 09 2025 01:26:01 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15499593 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Apr 09 2025 01:20:00 | | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15518857 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Apr 09 2025 01:20:00 | | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 15499598 | | Email/Text: EBN@Mohela.com Apr 09 2025 01:20:00 | | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15560844 | | Email/Text: EBN@Mohela.com Apr 09 2025 01:20:00 | | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15507231 | + | Email/Text: bankruptcy@sccompanies.com Apr 09 2025 01:20:00 | | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15502465 | + | Email/Text: bankruptcydpt@mcmcg.com Apr 09 2025 01:20:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15499595 | + | Email/Text: bankruptcydpt@mcmcg.com Apr 09 2025 01:20:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15499596 | + | Email/Text: bankruptcy@sccompanies.com Apr 09 2025 01:20:00 | | Midnight Velvet, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15507233 | + | Email/Text: bankruptcy@sccompanies.com Apr 09 2025 01:20:00 | | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499597 | + | Email/Text: bankruptcy@sccompanies.com Apr 09 2025 01:20:00 | | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15639222 | + | Email/Text: mtgbk@shellpointmtg.com Apr 09 2025 01:20:00 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15499599 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Apr 09 2025 01:20:00 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15516152 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Apr 09 2025 01:20:00 | | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15499600 | + | Email/PDF: cbp@omf.com Apr 09 2025 01:26:17 | | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15504705 | + | Email/PDF: cbp@omf.com Apr 09 2025 01:26:09 | | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15499583 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 09 2025 01:20:00 | | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15514184 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 09 2025 01:20:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15499601 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2025 01:26:16 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

Case 22-21397-GLT   Doc 45   Filed 04/10/25   Entered 04/11/25 00:27:02   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15516809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Apr 09 2025 01:26:09 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15510050 | + | Email/Text: ebnpeoples@grblaw.com  Apr 09 2025 01:20:00 | | Peoples Gas Company LLC, f/k/a Peoples TWP, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15516610 | | Email/Text: bnc-quantum@quantum3group.com  Apr 09 2025 01:20:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15499602 | + | Email/PDF: resurgentbknotifications@resurgent.com  Apr 09 2025 01:26:02 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15500005 | ^ | MEBN  Apr 09 2025 01:14:14 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499603 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Apr 09 2025 01:26:15 | | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499604 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Apr 09 2025 01:26:03 | | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANCARE, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LOANCARE LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Matthew M. Brennan | on behalf of Joint Debtor Jacqueline D. Willingham attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Debtor Jan C. Willingham attorneymatthewbrennan@gmail.com |
| Michelle L. McGowan | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 08, 2025 | Form ID: pdf900 | Total Noticed: 48 |

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7