IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-21397-GLT |
| Jan C. Willingham | : | Chapter 13 |
| Jacqueline D. Willingham | : | |
|     Debtors | : | Related to Doc. |
| | : | |
| Jan C. Willingham | : | |
| Jacqueline D. Willingham | : | |
|     Movants | : | |
| | : | |
|               v. | : | |
| LVNV Funding LLC, Midland Credit | : | |
| Management Inc, OneMain Financial, Allegheny | : | |
| Health Network Home Medical Equipment, | : | |
| Citibank NA, Ashro Lifestyle, Massey's, | : | |
| Midnight Velvet, People's Gas Company LLC, | : | |
| Bank of America NA, PNC Bank NA, Nissan | : | |
| Infiniti LT LLC, Quantum3Group LLC, | : | |
| Portfolio Recovery Associates LLC, NewRez | : | |
| LLC, US Department of Education/MOHELA | : | |
|     Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 8, 2022, at docket number 21, Debtor husband complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

5. On August 8, 2022, at docket number 22, Debtor wife complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: January 22, 2026

                                                     By:    /s/Matthew M. Brennan, Esq.
                                                               Matthew M. Brennan
                                                               201 S. Highland Avenue, Suite 201
                                                               Pittsburgh, PA 15206
                                                                PA ID No. 90195
                                                               412-414-9366
                                                               attorneymatthewbrennan@gmail.com