| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **JAN C. WILLINGHAM** |
| Debtor 2 (Spouse, if filing) | **JACQUELINE D. WILLINGHAM** |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 22-21397GLT |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SVCNG

**Court claim no.** (if known): 24-2

**Last 4 digits** of any number you use to identify the debtor's account: 7 6 1 7

**Property Address:** 217 CHARLES AVE
Number    Street

NEW KENSINGTON        PA    15068
City                  State  ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

### Part 4: Postpetition Payment

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 41,762.79

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>December 2025</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date 01/22/2026

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone (412) 471-5566    Email cmecf@chapter13trusteewdpa.com

| Debtor 1 | **WILLINGHAM** | | Case Number **22-21397GLT** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---:|
| 24-2 | LOANCARE LLC | 09/27/2022 | 1246449 | Amounts Disbursed To Creditor | 2,926.41 |
| 24-2 | LOANCARE LLC | 10/25/2022 | 1249281 | Amounts Disbursed To Creditor | 1,078.51 |
| 24-2 | LOANCARE LLC | 12/22/2022 | 1254820 | Amounts Disbursed To Creditor | 1,320.08 |
| 24-2 | LOANCARE LLC | 01/26/2023 | 1257559 | Amounts Disbursed To Creditor | 1,683.61 |
| 24-2 | LOANCARE LLC | 02/23/2023 | 1260179 | Amounts Disbursed To Creditor | 952.58 |
| 24-2 | LOANCARE LLC | 03/28/2023 | 1262946 | Amounts Disbursed To Creditor | 1,049.88 |
| 24-2 | LOANCARE LLC | 04/25/2023 | 1265767 | Amounts Disbursed To Creditor | 1,001.23 |
| 24-2 | LOANCARE LLC | 05/25/2023 | 1268617 | Amounts Disbursed To Creditor | 1,001.23 |
| 24-2 | LOANCARE LLC | 06/26/2023 | 1271516 | Amounts Disbursed To Creditor | 1,001.23 |
| 24-2 | LOANCARE LLC | 07/25/2023 | 1274287 | Amounts Disbursed To Creditor | 1,001.23 |
| 24-2 | LOANCARE LLC | 08/25/2023 | 1277058 | Amounts Disbursed To Creditor | 1,003.12 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 09/26/2023 | 1280006 | Amounts Disbursed To Creditor | 1,003.12 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 10/25/2023 | 1282719 | Amounts Disbursed To Creditor | 1,003.12 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 11/27/2023 | 1285385 | Amounts Disbursed To Creditor | 63.50 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 12/21/2023 | 1287975 | Amounts Disbursed To Creditor | 1,519.15 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 01/26/2024 | 1290658 | Amounts Disbursed To Creditor | 1,426.71 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 03/26/2024 | 1295964 | Amounts Disbursed To Creditor | 2,006.24 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 04/25/2024 | 1298619 | Amounts Disbursed To Creditor | 1,003.12 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 05/29/2024 | 1301337 | Amounts Disbursed To Creditor | 1,003.12 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 07/25/2024 | 1306466 | Amounts Disbursed To Creditor | 2,082.36 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 08/26/2024 | 1309037 | Amounts Disbursed To Creditor | 1,041.18 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 09/25/2024 | 1311628 | Amounts Disbursed To Creditor | 1,041.18 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 10/25/2024 | 1314156 | Amounts Disbursed To Creditor | 1,041.18 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 11/25/2024 | 1316718 | Amounts Disbursed To Creditor | 19.24 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 12/23/2024 | 1319120 | Amounts Disbursed To Creditor | 1,539.75 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 01/28/2025 | 1321619 | Amounts Disbursed To Creditor | 1,564.55 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 02/25/2025 | 1324053 | Amounts Disbursed To Creditor | 1,041.18 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 03/26/2025 | 1326538 | Amounts Disbursed To Creditor | 1,041.18 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 04/25/2025 | 1329002 | Amounts Disbursed To Creditor | 1,041.18 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 05/23/2025 | 1331420 | Amounts Disbursed To Creditor | 1,041.18 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 06/25/2025 | 1333864 | Amounts Disbursed To Creditor | 1,037.49 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 07/25/2025 | 1336332 | Amounts Disbursed To Creditor | 1,036.79 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 08/26/2025 | 1338738 | Amounts Disbursed To Creditor | 1,036.79 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 09/25/2025 | 1341155 | Amounts Disbursed To Creditor | 1,036.79 |
| 24-2 | NEW REZ LLC D/B/A SHELLPOINT MO | 10/24/2025 | 1343629 | Amounts Disbursed To Creditor | 2,073.58 |

Total for Claim Number 24-2: **41,762.79**

**Total for Part 4 - a (Postpetition Payments): 41,762.79**

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| JAN C. WILLINGHAM<br>JACQUELINE D. WILLINGHAM<br>217 CHARLES AVE.<br>NEW KENSINGTON, PA  15068 | MATTHEW M BRENNAN ESQ<br>201 S HIGHLAND AVE STE 201<br>PITTSBURGH, PA  15206 |
| NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SVCNG<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC<br>13010 MORRIS RD SUITE 450<br>ALPHARETTA, GA  30004 |

Dated: 01/22/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee