Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jan C. Willingham** | : | Case No. 22−21397−GLT |
| **Jacqueline D. Willingham** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 51 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/1/26 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

       *AND NOW,* this *The 28th of January, 2026*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 51 by the Chapter 13 Trustee,

       It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

       (1)  ***On or before March 13, 2026***, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

       (2)  This Motion is scheduled for hearing on ***April 1, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

       (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

       (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

 

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21397-GLT |
| Jan C. Willingham | Chapter 13 |
| Jacqueline D. Willingham | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 28, 2026 | Form ID: 604 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jan C. Willingham, Jacqueline D. Willingham, 217 Charles Ave., New Kensington, PA 15068-5331 |
| 15499579 | + | Allegheny Health Network Home Med Equipm, Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15504862 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City PA 16226-1230, , |
| 15499588 | + | Coral Sands, 852 William Hilton Parkway, Hilton Head Island, Hilton Head Island, SC 29928-3423 |
| 15499590 | + | Greater Pittsburgh Orthopaedic Assc., PO Box 3485, Pittsburgh, PA 15230-3485 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 29 2026 00:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2026 00:33:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 29 2026 00:20:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15499580 | + | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 00:33:08 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15499581 | + | Email/Text: bankruptcy@sccompanies.com | Jan 29 2026 00:21:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15507230 | + | Email/Text: bankruptcy@sccompanies.com | Jan 29 2026 00:21:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499582 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 29 2026 00:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15512745 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 29 2026 00:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15499584 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 00:33:27 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15507129 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 00:20:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15499585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 00:33:10 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15499586 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2026 00:20:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 22-21397-GLT    Doc 53    Filed 01/30/26    Entered 01/31/26 00:32:45    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 604 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15499587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 29 2026 00:20:00 | | Comenity Bank/Roaman's, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499589 | + | Email/PDF: creditonebknotifications@resurgent.com Jan 29 2026 00:32:47 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15499594 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 29 2026 00:32:49 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15499591 | ^ | MEBN Jan 29 2026 00:16:47 | | Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15499592 | + | Email/PDF: cbp@omf.com Jan 29 2026 00:32:45 | | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15501418 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 29 2026 00:33:09 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15499593 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Jan 29 2026 00:20:00 | | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15518857 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Jan 29 2026 00:20:00 | | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 15499598 | | Email/Text: EBN@Mohela.com Jan 29 2026 00:20:00 | | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15560844 | | Email/Text: EBN@Mohela.com Jan 29 2026 00:20:00 | | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15507231 | + | Email/Text: bankruptcy@sccompanies.com Jan 29 2026 00:21:00 | | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15502465 | + | Email/Text: bankruptcydpt@mcmcg.com Jan 29 2026 00:20:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15499595 | + | Email/Text: bankruptcydpt@mcmcg.com Jan 29 2026 00:20:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15499596 | + | Email/Text: bankruptcy@sccompanies.com Jan 29 2026 00:21:00 | | Midnight Velvet, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15507233 | + | Email/Text: bankruptcy@sccompanies.com Jan 29 2026 00:21:00 | | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499597 | + | Email/Text: bankruptcy@sccompanies.com Jan 29 2026 00:21:00 | | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15639222 | + | Email/Text: mtgbk@shellpointmtg.com Jan 29 2026 00:20:00 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15499599 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Jan 29 2026 00:20:00 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15516152 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Jan 29 2026 00:20:00 | | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15499600 | + | Email/PDF: cbp@omf.com Jan 29 2026 00:33:04 | | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15504705 | + | Email/PDF: cbp@omf.com Jan 29 2026 00:33:22 | | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15499583 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 29 2026 00:20:00 | | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15514184 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 29 2026 00:20:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15499601 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2026 00:33:08 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15516809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jan 29 2026 00:33:25 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15510050 | + | Email/Text: ebnpeoples@grblaw.com  Jan 29 2026 00:20:00 | | Peoples Gas Company LLC, f/k/a Peoples TWP, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15516610 | | Email/Text: bnc-quantum@quantum3group.com  Jan 29 2026 00:20:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15499602 | + | Email/PDF: resurgentbknotifications@resurgent.com  Jan 29 2026 00:32:48 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15500005 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jan 29 2026 00:33:25 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499603 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Jan 29 2026 00:33:05 | | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499604 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Jan 29 2026 00:33:22 | | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANCARE, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LOANCARE LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Jordan Matthew Katz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com |
| Matthew M. Brennan | on behalf of Debtor Jan C. Willingham attorneymatthewbrennan@gmail.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 28, 2026 | Form ID: 604 | Total Noticed: 48

Matthew M. Brennan
    on behalf of Joint Debtor Jacqueline D. Willingham attorneymatthewbrennan@gmail.com

Michelle L. McGowan
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9