**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAN C. WILLINGHAM<br>JACQUELINE D. WILLINGHAM<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:22-21397<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

January 27, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/20/2022 and confirmed on 8/23/22 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,935.00 |
| Less Refunds to Debtor | 982.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,952.70 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 5,570.10 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,070.10 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 41,762.79 | 0.00 | 41,762.79 |
|   Acct: 7617 | | | | |
| | | | | 41,762.79 |
| **Priority** | | | | |
| MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAN C. WILLINGHAM | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAN C. WILLINGHAM | 982.30 | 982.30 | 0.00 | 0.00 |
|   Acct: | | | | |
| MATTHEW M BRENNAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NISSAN-INFINITI LT LLC | 15,841.62 | 15,841.62 | 0.00 | 15,841.62 |
|   Acct: 3439 | | | | |
| BRIDGECREST | 0.00 | 3,559.52 | 0.00 | 3,559.52 |
|   Acct: 3501 | | | | |
| | | | | 19,401.14 |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK HOME M | 123.23 | 69.57 | 0.00 | 69.57 |
|   Acct: 5056 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6505 | | | | |
| ASHRO LIFESTYLE | 462.27 | 260.98 | 0.00 | 260.98 |
|   Acct: 5220 | | | | |
| BANK OF AMERICA NA** | 4,368.43 | 2,466.20 | 0.00 | 2,466.20 |
|   Acct: 5834 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8557 | | | | |
| PNC BANK NA | 5,562.86 | 3,140.52 | 0.00 | 3,140.52 |
|   Acct: 0588 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 833.27 | 470.42 | 0.00 | 470.42 |
|   Acct: 2533 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,703.31 | 961.61 | 0.00 | 961.61 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7654 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 610.87 | 344.86 | 0.00 | 344.86 |
| | Acct: 6474 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 230.88 | 130.35 | 0.00 | 130.35 |
| | Acct: 7154 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 525.75 | 296.82 | 0.00 | 296.82 |
| | Acct: 2113 | | | | |
| | CORAL SANDS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6275 | | | | |
| | LVNV FUNDING LLC | 2,035.42 | 1,149.10 | 0.00 | 1,149.10 |
| | Acct: 9426 | | | | |
| | LVNV FUNDING LLC | 832.35 | 469.90 | 0.00 | 469.90 |
| | Acct: 6537 | | | | |
| | GREATER PITTSBURGH ORTHOPAEDIC A | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6990 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F C | 9,819.78 | 5,543.77 | 0.00 | 5,543.77 |
| | Acct: 2257 | | | | |
| | CITIBANK NA** | 1,966.07 | 1,109.94 | 0.00 | 1,109.94 |
| | Acct: 6560 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6780 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 1,250.17 | 705.79 | 0.00 | 705.79 |
| | Acct: 5953 | | | | |
| | MASSEYS | 668.95 | 377.65 | 0.00 | 377.65 |
| | Acct: 5A2Y | | | | |
| | MIDNIGHT VELVET | 557.90 | 314.97 | 0.00 | 314.97 |
| | Acct: 5550 | | | | |
| | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2360 | | | | |
| | MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,649.57 | 931.27 | 0.00 | 931.27 |
| | Acct: 1886 | | | | |
| | LVNV FUNDING LLC | 1,916.75 | 1,082.10 | 0.00 | 1,082.10 |
| | Acct: 0323 | | | | |
| | LVNV FUNDING LLC | 1,501.80 | 847.85 | 0.00 | 847.85 |
| | Acct: 4240 | | | | |
| | LVNV FUNDING LLC | 5,813.73 | 3,282.15 | 0.00 | 3,282.15 |
| | Acct: 8164 | | | | |
| | LVNV FUNDING LLC | 673.57 | 380.26 | 0.00 | 380.26 |
| | Acct: 4529 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 5,468.08 | 3,087.01 | 0.00 | 3,087.01 |
| | Acct: 5890 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 523.55 | 295.58 | 0.00 | 295.58 |
| | Acct: 1202 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1886 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 27,718.67 |

TOTAL PAID TO CREDITORS                                                                              88,882.60

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 15,841.62 |
| SECURED | 0.00 |
| UNSECURED | 49,098.56 |

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JAN C. WILLINGHAM
JACQUELINE D. WILLINGHAM
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:22-21397

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21397-GLT |
| Jan C. Willingham | Chapter 13 |
| Jacqueline D. Willingham | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 28, 2026 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jan C. Willingham, Jacqueline D. Willingham, 217 Charles Ave., New Kensington, PA 15068-5331 |
| 15499579 | + | Allegheny Health Network Home Med Equipm, Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15504862 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City PA 16226-1230, , |
| 15499588 | + | Coral Sands, 852 William Hilton Parkway, Hilton Head Island, Hilton Head Island, SC 29928-3423 |
| 15499590 | + | Greater Pittsburgh Orthopaedic Assc., PO Box 3485, Pittsburgh, PA 15230-3485 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 29 2026 00:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2026 00:32:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 29 2026 00:20:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15499580 | + | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 00:33:08 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15499581 | + | Email/Text: bankruptcy@sccompanies.com | Jan 29 2026 00:21:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15507230 | + | Email/Text: bankruptcy@sccompanies.com | Jan 29 2026 00:21:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499582 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 29 2026 00:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15512745 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 29 2026 00:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15499584 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 00:33:27 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15507129 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 00:20:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15499585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 00:32:49 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15499586 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2026 00:20:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 22-21397-GLT   Doc 54   Filed 01/30/26   Entered 01/31/26 00:32:45   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15499587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 29 2026 00:20:00 | | Comenity Bank/Roaman's, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499589 | + | Email/PDF: creditonebknotifications@resurgent.com Jan 29 2026 00:33:07 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15499594 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 29 2026 00:32:49 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15499591 | ^ | MEBN Jan 29 2026 00:16:43 | | Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15499592 | + | Email/PDF: cbp@omf.com Jan 29 2026 00:32:44 | | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15501418 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 29 2026 00:33:09 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15499593 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Jan 29 2026 00:20:00 | | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15518857 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Jan 29 2026 00:20:00 | | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 15499598 | | Email/Text: EBN@Mohela.com Jan 29 2026 00:20:00 | | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15560844 | | Email/Text: EBN@Mohela.com Jan 29 2026 00:20:00 | | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15507231 | + | Email/Text: bankruptcy@sccompanies.com Jan 29 2026 00:21:00 | | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15502465 | + | Email/Text: bankruptcydpt@mcmcg.com Jan 29 2026 00:20:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15499595 | + | Email/Text: bankruptcydpt@mcmcg.com Jan 29 2026 00:20:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15499596 | + | Email/Text: bankruptcy@sccompanies.com Jan 29 2026 00:21:00 | | Midnight Velvet, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15507233 | + | Email/Text: bankruptcy@sccompanies.com Jan 29 2026 00:21:00 | | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499597 | + | Email/Text: bankruptcy@sccompanies.com Jan 29 2026 00:21:00 | | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15639222 | + | Email/Text: mtgbk@shellpointmtg.com Jan 29 2026 00:20:00 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15499599 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Jan 29 2026 00:20:00 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15516152 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Jan 29 2026 00:20:00 | | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15499600 | + | Email/PDF: cbp@omf.com Jan 29 2026 00:32:45 | | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15504705 | + | Email/PDF: cbp@omf.com Jan 29 2026 00:32:44 | | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15499583 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 29 2026 00:20:00 | | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15514184 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 29 2026 00:20:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15499601 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2026 00:33:09 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

Case 22-21397-GLT   Doc 54   Filed 01/30/26   Entered 01/31/26 00:32:45   Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15516809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2026 00:32:47 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15510050 | + | Email/Text: ebnpeoples@grblaw.com Jan 29 2026 00:20:00 | | Peoples Gas Company LLC, f/k/a Peoples TWP, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15516610 | | Email/Text: bnc-quantum@quantum3group.com Jan 29 2026 00:20:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15499602 | + | Email/PDF: resurgentbknotifications@resurgent.com Jan 29 2026 00:32:48 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15500005 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2026 00:32:47 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499603 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 29 2026 00:32:45 | | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499604 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 29 2026 00:32:45 | | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANCARE, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LOANCARE LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Jordan Matthew Katz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com |
| Matthew M. Brennan | on behalf of Debtor Jan C. Willingham attorneymatthewbrennan@gmail.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 28, 2026 | Form ID: pdf900 | Total Noticed: 48

Matthew M. Brennan
    on behalf of Joint Debtor Jacqueline D. Willingham attorneymatthewbrennan@gmail.com

Michelle L. McGowan
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9