<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Jan C. Willingham<br>First Name   Middle Name   Last Name</td><td>Social Security number or ITIN   xxx–xx–2360<br>EIN   _ _–_ _ _ _ _ _ _</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>Jacqueline D. Willingham<br>First Name   Middle Name   Last Name</td><td>Social Security number or ITIN   xxx–xx–7041<br>EIN   _ _–_ _ _ _ _ _ _</td></tr>
<tr><td colspan="3">United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA</td></tr>
<tr><td colspan="3">Case number:   22–21397–GLT</td></tr>
</table>

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jan C. Willingham                                        Jacqueline D. Willingham

<u>3/16/26</u>

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 22-21397-GLT |
|---|---|
| Jan C. Willingham | Chapter 13 |
| Jacqueline D. Willingham | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jan C. Willingham, Jacqueline D. Willingham, 217 Charles Ave., New Kensington, PA 15068-5331 |
| 15499579 | + | Allegheny Health Network Home Med Equipm, Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15504862 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City PA 16226-1230, , |
| 15499588 | + | Coral Sands, 852 William Hilton Parkway, Hilton Head Island, Hilton Head Island, SC 29928-3423 |
| 15499590 | + | Greater Pittsburgh Orthopaedic Assc., PO Box 3485, Pittsburgh, PA 15230-3485 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 17 2026 05:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 17 2026 05:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 17 2026 02:03:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | EDI: PRA.COM | Mar 17 2026 05:29:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 17 2026 02:03:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15499580 | + | Email/PDF: bncnotices@becket-lee.com | Mar 17 2026 02:07:22 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15499581 | + | EDI: CBS7AVE | Mar 17 2026 05:29:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15507230 | + | EDI: CBS7AVE | Mar 17 2026 05:29:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499582 | + | EDI: BANKAMER | Mar 17 2026 05:29:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15512745 | | EDI: BANKAMER | Mar 17 2026 05:29:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15499584 | + | EDI: CITICORP | Mar 17 2026 05:29:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15507129 | | EDI: Q3G.COM | | |

District/off: 0315-2                          User: auto                          Page 2 of 4
Date Rcvd: Mar 16, 2026                       Form ID: 3180W                      Total Noticed: 50

| | | | |
|---|---|---|---|
| | | Mar 17 2026 05:29:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15499585 | + EDI: CITICORP | | |
| | | Mar 17 2026 05:29:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15499586 | + EDI: WFNNB.COM | | |
| | | Mar 17 2026 05:29:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499587 | + EDI: WFNNB.COM | | |
| | | Mar 17 2026 05:29:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499589 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 17 2026 02:07:47 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15499594 | EDI: CITICORP | | |
| | | Mar 17 2026 05:29:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15499591 | ^ MEBN | | |
| | | Mar 17 2026 01:55:04 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15499592 | + EDI: AGFINANCE.COM | | |
| | | Mar 17 2026 05:29:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15501418 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 17 2026 02:07:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15499593 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Mar 17 2026 02:04:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15518857 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Mar 17 2026 02:04:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 15499598 | Email/Text: EBN@Mohela.com | | |
| | | Mar 17 2026 02:03:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15560844 | Email/Text: EBN@Mohela.com | | |
| | | Mar 17 2026 02:03:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15507231 | + EDI: CBS7AVE | | |
| | | Mar 17 2026 05:29:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15502465 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 17 2026 02:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15499595 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 17 2026 02:04:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15499596 | + EDI: CBS7AVE | | |
| | | Mar 17 2026 05:29:00 | Midnight Velvet, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15507233 | + EDI: CBS7AVE | | |
| | | Mar 17 2026 05:29:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499597 | + EDI: CBS7AVE | | |
| | | Mar 17 2026 05:29:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15639222 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | Mar 17 2026 02:03:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15499599 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Mar 17 2026 02:03:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15516152 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Mar 17 2026 02:03:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15499600 | + EDI: AGFINANCE.COM | | |
| | | Mar 17 2026 05:29:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15504705 | + EDI: AGFINANCE.COM | | |
| | | Mar 17 2026 05:29:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: 3180W | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| 15499583 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2026 02:03:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15514184 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2026 02:03:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15499601 | EDI: PRA.COM | Mar 17 2026 05:29:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15516809 | EDI: PRA.COM | Mar 17 2026 05:29:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15510050 | + Email/Text: ebnpeoples@grblaw.com | Mar 17 2026 02:03:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15516610 | EDI: Q3G.COM | Mar 17 2026 05:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15499602 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:07:35 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15500005 | + EDI: PRA.COM | Mar 17 2026 05:29:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499603 | + EDI: SYNC | Mar 17 2026 05:29:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499604 | + EDI: SYNC | Mar 17 2026 05:29:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANCARE, LLC |
| cr | | NewRez LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Mar 16, 2026

Form ID: 3180W

Total Noticed: 50

Denise Carlon
on behalf of Creditor LOANCARE  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Jordan Matthew Katz
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com

Jordan Matthew Katz
on behalf of Creditor NewRez LLC jkatz@raslg.com

Matthew M. Brennan
on behalf of Debtor Jan C. Willingham attorneymatthewbrennan@gmail.com

Matthew M. Brennan
on behalf of Joint Debtor Jacqueline D. Willingham attorneymatthewbrennan@gmail.com

Michelle L. McGowan
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 10