**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/16/26 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JAN C. WILLINGHAM
    JACQUELINE D. WILLINGHAM
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:22-21397

Chapter 13

Related to Docket No. 51

**ORDER OF COURT**

AND NOW, this _____ 16th Day of March, 2026 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Jan C. Willingham

Jacqueline D. Willingham

     Debtors

Case No. 22-21397-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                Page 1 of 4

Date Rcvd: Mar 16, 2026                Form ID: pdf900                          Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jan C. Willingham, Jacqueline D. Willingham, 217 Charles Ave., New Kensington, PA 15068-5331 |
| 15499579 | + | Allegheny Health Network Home Med Equipm, Klingensmith Inc., PO Box 192, Ford City, PA 16226-0192 |
| 15504862 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City PA 16226-1230, , |
| 15499588 | + | Coral Sands, 852 William Hilton Parkway, Hilton Head Island, Hilton Head Island, SC 29928-3423 |
| 15499590 | + | Greater Pittsburgh Orthopaedic Assc., PO Box 3485, Pittsburgh, PA 15230-3485 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 17 2026 02:03:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2026 02:07:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 17 2026 02:03:00 | Peoples Gas Company, f/k/a Peoples TWP LLC, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15499580 | + | Email/PDF: bncnotices@becket-lee.com | Mar 17 2026 02:07:23 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15499581 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2026 02:05:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15507230 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2026 02:05:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15499582 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 17 2026 02:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15512745 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 17 2026 02:03:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15499584 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:07:37 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15507129 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2026 02:04:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15499585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2026 02:07:37 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15499586 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2026 02:04:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

District/off: 0315-2                                   User: auto                                          Page 2 of 4

Date Rcvd: Mar 16, 2026                         Form ID: pdf900                                  Total Noticed: 48

15499587        +  Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                                            Mar 17 2026 02:04:00    Comenity Bank/Roaman's, Attn: Bankruptcy, Po
                                                                                    Box 182125, Columbus, OH 43218-2125

15499589        +  Email/PDF: creditonebknotifications@resurgent.com
                                                            Mar 17 2026 02:07:48    Credit One Bank, Attn: Bankruptcy Department,
                                                                                    Po Box 98873, Las Vegas, NV 89193-8873

15499594           Email/PDF: Citi.BNC.Correspondence@citi.com
                                                            Mar 17 2026 02:07:37    Macys/fdsb, Attn: Bankruptcy, 9111 Duke
                                                                                    Boulevard, Mason, OH 45040

15499591        ^  MEBN
                                                            Mar 17 2026 01:55:04    Hayt, Hayt & Landau, LLC, Two Industrial Way
                                                                                    West, PO Box 500, Eatontown, NJ 07724-0500

15499592        +  Email/PDF: cbp@omf.com
                                                            Mar 17 2026 02:07:32    Household Finance Co/OneMain Financial, Attn:
                                                                                    Bankruptcy, Po Box 3251, Evansville, IN
                                                                                    47731-3251

15501418           Email/PDF: resurgentbknotifications@resurgent.com
                                                            Mar 17 2026 02:07:49    LVNV Funding, LLC, Resurgent Capital Services,
                                                                                    PO Box 10587, Greenville, SC 29603-0587

15499593        +  Email/Text: LC-Bankruptcy-RF@loancare.net
                                                            Mar 17 2026 02:04:00    LoanCare LLC, Attn: Consumer Solutions Dept,
                                                                                    Po Box 8068, Virginia Beach, VA 23450-8068

15518857        +  Email/Text: LC-Bankruptcy-RF@loancare.net
                                                            Mar 17 2026 02:04:00    LoanCare, LLC, 3637 Sentara Way, Virgina
                                                                                    Beach, VA 23452-4262

15499598           Email/Text: EBN@Mohela.com
                                                            Mar 17 2026 02:03:00    MOHELA, Attn: Bankruptcy, 633 Spirit Drive,
                                                                                    Chesterfield, MO 63005

15560844           Email/Text: EBN@Mohela.com
                                                            Mar 17 2026 02:03:00    US Department of Education/MOHELA, 633
                                                                                    Spirit Drive, Chesterfield MO 63005

15507231        +  Email/Text: bankruptcy@sccompanies.com
                                                            Mar 17 2026 02:05:00    Massey's, c/o Creditors Bankruptcy Service, P.O.
                                                                                    Box 800849, Dallas, TX 75380-0849

15502465        +  Email/Text: bankruptcydpt@mcmcg.com
                                                            Mar 17 2026 02:04:00    Midland Credit Management, Inc., PO Box 2037,
                                                                                    Warren, MI 48090-2037

15499595        +  Email/Text: bankruptcydpt@mcmcg.com
                                                            Mar 17 2026 02:04:00    Midland Fund, Attn: Bankruptcy, 350 Camino De
                                                                                    La Reine, Suite 100, San Diego, CA 92108-3007

15499596        +  Email/Text: bankruptcy@sccompanies.com
                                                            Mar 17 2026 02:05:00    Midnight Velvet, 1112 Seventh Avenue, Monroe,
                                                                                    WI 53566-1364

15507233        +  Email/Text: bankruptcy@sccompanies.com
                                                            Mar 17 2026 02:05:00    Midnight Velvet, c/o Creditors Bankruptcy
                                                                                    Service, P.O. Box 800849, Dallas, TX 75380-0849

15499597        +  Email/Text: bankruptcy@sccompanies.com
                                                            Mar 17 2026 02:05:00    Midnight Velvet/Swiss Colony, Attn: Bankruptcy,
                                                                                    1112 Seventh Ave, Monroe, WI 53566-1364

15639222        +  Email/Text: mtgbk@shellpointmtg.com
                                                            Mar 17 2026 02:03:00    NewRez LLC, d/b/a Shellpoint Mortgage
                                                                                    Servicing, P.O. Box 10826, Greenville, SC
                                                                                    29603-0826

15499599        +  Email/Text: NissanBKNotices@nationalbankruptcy.com
                                                            Mar 17 2026 02:03:00    Nissan Motor Acceptance Corp/Infiniti, Attn:
                                                                                    Bankruptcy, Po Box 660360, Dallas, TX
                                                                                    75266-0360

15516152        +  Email/Text: NissanBKNotices@nationalbankruptcy.com
                                                            Mar 17 2026 02:03:00    Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO
                                                                                    Box 9013, Addison, Texas 75001-9013

15499600        +  Email/PDF: cbp@omf.com
                                                            Mar 17 2026 02:07:45    OneMain Financial, Attn: Bankruptcy, 601 Nw
                                                                                    2nd Street, Evansville, IN 47708-1013

15504705        +  Email/PDF: cbp@omf.com
                                                            Mar 17 2026 02:07:32    OneMain Financial, PO Box 3251, Evansville, IN
                                                                                    47731-3251

15499583           Email/Text: Bankruptcy.Notices@pnc.com
                                                            Mar 17 2026 02:03:00    BBVA, Attn: Bankruptcy, Po Box 10566,
                                                                                    Birmingham, AL 35296

15514184           Email/Text: Bankruptcy.Notices@pnc.com
                                                            Mar 17 2026 02:03:00    PNC Bank NA, Bankruptcy Department, PO BOX
                                                                                    94982, Cleveland, OH 44101

15499601           Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                            Mar 17 2026 02:07:50    Portfolio Recovery Associates, LLC, Attn:
                                                                                    Bankruptcy, 120 Corporate Boulevard, Norfolk,
                                                                                    VA 23502

District/off: 0315-2                                                            User: auto                                                         Page 3 of 4

Date Rcvd: Mar 16, 2026                                              Form ID: pdf900                                              Total Noticed: 48

| 15516809 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|
| | | Mar 17 2026 02:07:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15510050 | + Email/Text: ebnpeoples@grblaw.com | | |
| | | Mar 17 2026 02:03:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15516610 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 17 2026 02:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15499602 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 17 2026 02:07:22 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15500005 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 17 2026 02:07:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499603 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 17 2026 02:07:18 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499604 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 17 2026 02:07:45 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANCARE, LLC |
| cr | | NewRez LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor LOANCARE  LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Jordan Matthew Katz | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com |
| Jordan Matthew Katz | |

District/off: 0315-2                          User: auto                                   Page 4 of 4
Date Rcvd: Mar 16, 2026                      Form ID: pdf900                             Total Noticed: 48

      on behalf of Creditor NewRez LLC jkatz@raslg.com

Matthew M. Brennan

      on behalf of Debtor Jan C. Willingham attorneymatthewbrennan@gmail.com

Matthew M. Brennan

      on behalf of Joint Debtor Jacqueline D. Willingham attorneymatthewbrennan@gmail.com

Michelle L. McGowan

      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

Office of the United States Trustee

      ustpregion03.pi.ecf@usdoj.gov

Robert Shearer

      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

Ronda J. Winnecour

      cmecf@chapter13trusteewdpa.com


TOTAL: 10